District Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHARON TAMALE NAGAWA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL VISA CENTER, *et al.*,<br><br>Defendants. | Case No. 2:23-cv-694-MJP<br><br>STIPULATED DISMISSAL AND <s>[PROPOSED]</s> ORDER<br><br>Noted for Consideration on:<br>August 7, 2023 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this case, without prejudice and with each party to bear its own costs and attorneys' fees.

DATED this 6th day of August, 2023.

                                                           Respectfully submitted,

                                                           TESSA M. GORMAN
                                                           Acting United States Attorney

                                                           *s/ Michelle R. Lambert*
                                                           MICHELLE R. LAMBERT, NY #4666657
                                                           Assistant United States Attorney
                                                          United States Attorney's Office
                                                           1201 Pacific Avenue, Suite 700
                                                           Tacoma, Washington 98402
                                                           Phone: 206-428-3824
                                                           Email: michelle.lambert@usdoj.gov
                                                           *Attorneys for Defendants*

Stipulated Motion and <s>Proposed</s> Order                                                                UNITED STATES ATTORNEY
*Nagawa v. National Visa Center,* C23-694-MJP - 1                              700 STEWART STREET, SUITE 5220
                                                                                                   SEATTLE, WASHINGTON 98101
                                                                                                   (206) 553-7970

1
2
3
4
5

*s/ Katherine H. Rich*
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

Stipulated Motion and ~~Proposed~~ Order
*Nagawa v. National Visa Center,* C23-694-MJP - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ~~[PROPOSED]~~ ORDER

It is so **ORDERED**. The case is dismissed without prejudice and with each party to bear their own costs and attorneys' fees.

Dated this 7th day of August, 2023.

MARSHA J. PECHMAN
United States District Court Judge

Stipulated Motion and ~~Proposed~~ Order
*Nagawa v. National Visa Center,* C23-694-MJP - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970